**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**ELISA GEMMA, individually**
**and in her capacity as ADMINISTRATRIX**
**and on behalf of the beneficiaries of the**
**ESTATE OF RAYMOND GEMMA, and**
**SHERRY GEMMA MCKENNA**
Plaintiffs

V. **Civil Action No. 1:26-cv-00167**

**UNITED STATES OF AMERICA,**
**JUAN GARISTO, M.D.**
**DAVID WANG, M.D. and**
**JULIE SYZMANIAC, M.D. and**
**INTUITIVE SURGICAL, INC.**
Defendants

**STIPULATION OF DISMISSAL**

In the above-captioned matter, it may be entered that, pursuant to Rules 41(a)(1)(A)(i) and Rule 41(c) of the Federal Rules of Civil Procedure, all claims of the Plaintiffs against Defendant, Intuitive Surgical, Inc. ONLY in the above referenced and captioned case are dismissed. The claims against the Defendant Unted States of America shall remain. This dismissal shall not be construed to extend to claims pending against Defendant Intuitive Surgical, Inc in any other jurisdiction.

Plaintiffs,
By their attorney,

*/s/ Mark Grimm*

Mark H. Grimm, Esq. (#3130)
Thomas L. Moran, Esq. (#9416)
MARASCO & NESSELBUSH, LLP
685 Westminster Street
Providence, Rhode Island 02903
Tel: (401) 274-7400
Facsimile: 401)274-7404